**Opinion issued January 18, 2024**



In The

# Court of Appeals

For The

# First District of Texas

———————————

**NO. 01-23-00898-CV**

———————————

## IN RE CHARLES EDWARD GREEN, Relator

---

**Original Proceeding on Petition for Writ of Mandamus**

---

## MEMORANDUM OPINION

Relator, Charles Edward Green, has filed a petition for a writ of mandamus, asserting that the trial court "abused [its] discretion by refusing to issue an order of dismissal based on the joint notice of nonsuit" filed by the parties in the underlying

proceeding.[1]  Relator requests that the Court "grant[] [his] petition" and "instruct[] [the trial court] to issue an order dismissing the underlying cause . . . ."

We deny the petition.  *See* TEX. R. APP. P. 52.8(a).  All pending motions are dismissed as moot.

**PER CURIAM**

Panel consists of Justices Goodman, Countiss, and Farris.

---

[1]  The underlying case is *Charles Edward Green v. Mary Adams Green*, Cause No. 2015-72258, in the 507th District Court of Harris County, Texas, the Honorable Julia Maldonado presiding.